UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| JOSEPH VITI,<br><br>Plaintiff-Appellants,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and STERLING COMMODITIES CORPORATION<br><br>Defendants-Appellees. | STIPULATION<br>Docket No.: 14-3487 |

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by January 15, 2015. The time tolled under LR 13.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: Nov. 17, 2014

Robert J. Bach, Esq.
Attorney for Appellant,
Joseph Viti

Date: Nov 17, 2014

Steven P. Del Mauro, Esq.
McElroy, Deutsch, Mulvaney
& Carpenter, LLP
Attorneys for Appellee,
The Guardian Life Insurance Company
of America

2459531